AO 154 (10/03) Substitution of Attorney – Rev. Criminal 02/23

# UNITED STATES DISTRICT COURT
## Northern District of New York

UNITED STATES OF AMERICA

V.

Christopher Vignogna

Defendant.

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

Case Number: 5:26-MJ-233 (MJK)

Notice is hereby given that, subject to approval by the Court, Christopher Vignogna (Defendant's Name) substitutes George F. Hildebrandt (Name of new attorney) as counsel of record in place of Gabrielle DiBella (Name of Attorney withdrawing appearance).

I consent to the above substitution.

Date: 10/16/2026

Signature of Defendant Christopher Vignogna

I consent to being substituted.

Date: 10/16/2026

Signature of Former Attorney(s) Gabrielle DiBella

Pursuant to NDNY Criminal Local Rule 44.2, I consent to the above substitution, and I certify that I have completed at least six credit hours in federal criminal defense continuing education within the past two years or, if not, that I will complete the required continuing education within 30 days of filing this Consent to Change Attorney.

Date: 10/16/26

George F. Hildebrandt

Signature of New Attorney George F. Hildebrandt

The substitution of attorney is hereby approved and SO ORDERED.

Date: October 19, 2026

Digitally signed by Mitchell J Katz
Date: 2026.10.19 09:59:55 -04'00'

Judge