IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v. Case No.: 5:26-MJ-233 (MJK)

CHRISTOPHER VIGNOGNA,

Defendant

MICHAEL J. WHALEN, Assistant United States Attorney
GEORGE F. HILDEBRANDT, Esq. for Defendant

MITCHELL J. KATZ, United States Magistrate Judge

ORDER APPROVING WAIVER OF PRELIMINARY HEARING

Defendant has been charged by Criminal Complaint with Making Threats Against the President of the United States, in violation of Title 18 U.S.C. Section 871. (Dkt. No. 1.)

By letter dated October 21, 2026, defendant, through counsel, voluntarily waived his right to a preliminary hearing. I find that the defendant has knowingly and voluntarily waived his right to a preliminary examination with full knowledge of the consequences thereof.

Based upon the foregoing, including defendant's voluntary representation, it is hereby

ORDERED, that defendant's waiver of his right to a preliminary examination, which I find to have been knowing and intelligent and voluntary, is accepted.

Dated: October 23, 2026

Mitchell J. Katz
U.S. Magistrate Judge