IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. 5:26-MJ-233 (MJK) |
| | ) | |
| **v.** | ) | Stipulation and Order |
| | ) | for Enlargement of Time |
| **Christopher Vignogna** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**STIPULATION**

The United States of America, by and through undersigned counsel, and the defendant, Christopher Vignogna, by and through counsel, George Hildebrandt, Esq., hereby agree and stipulate that the time within which an indictment must be filed under Title 18, United States Code, Section 3161(b), be enlarged to and including sixty (60) days from the date of the signing of this Order and that such time be excluded, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), from the computation of the time within which an indictment must be filed under the provisions of Title 18, United States Code, Section 3161(b).

1) The chronology of this case is as follows:

a) Date of complaint: October 9, 2026

b) Date of initial appearance: October 9, 2026

c) Defendant custody status: Not Detained

d) Date United States moved for detention: N/A

e) Date of detention hearing: N/A

f) Date detention decision issued: N/A

g) Earlier enlargements of time and exclusions under the Speedy Trial Act: None

2) The United States and/or the defendant request this exclusion based on the following facts and circumstances: The defense has requested, and the Government has begun providing preindictment discovery, which may be relevant to the scope of an indictment. Additional time is needed to gather, produce, and analyze discovery. The parties need to review and analyze this evidence to properly explore any pretrial dispositions or in the alternative prepare for an indictment. Thus, the parties stipulate and agree that the ends of justice served by granting this extension outweigh the best interest of the public and the defendants in a speedy indictment and trial because denial of the requested extension would deny counsel for the defendant and/or for the government the reasonable time necessary for effective preparation for the return and filing of an indictment, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv)).

3) The parties stipulate and agree that a period of sixty (60) days, from the date of the signing of this Order, shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

The undersigned attorneys affirm under penalty of perjury the accuracy of the facts set forth above and apply for and consent to the proposed order set forth below.

Dated: October 27, 2026

/s/
TODD BLANCHE
Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney

By:

Michael J. Whalen
Assistant United States Attorney
Bar Roll No. 704276

George F. Hildebrandt

George Hildebrandt, Esq., Esq.
Attorney for Christopher Vignogna
Bar Roll No. 505664

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. 5:26-MJ-233 (MJK) |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Christopher Vignogna** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

A. The Court adopts the stipulated facts set out above as findings and hereby incorporates them into this Order;

B. The Court has considered its obligation under 18 U.S.C. § 3161(h)(7)(A) to determine whether an extension of time within which the government must file an information or indictment serves the ends of justice in a manner that outweighs both the public interest and the defendant's rights. The Court finds that, pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant(s) in a speedy indictment and trial because the defense has requested, and the Government has begun providing preindictment discovery, which may be relevant to the scope of an indictment. Additional time is needed to gather, produce, and analyze discovery. The parties need to review and analyze this evidence to properly explore any pretrial dispositions or in the alternative prepare for an indictment. The parties need to review and analyze this evidence to properly explore any pretrial dispositions or in the alternative prepare for an indictment. *See* 18 U.S.C. § 3161(h)(7)(B)(iv)).

BASED ON THE STIPULATED FACTS AND THE COURT'S RELATED FINDINGS, IT IS HEREBY ORDERED that the time within which an indictment must be filed under the provisions of Title 18, United States Code, Section 3161(b), be enlarged to and including sixty (60) days from the date of this Order, and that time be excluded pursuant to Title 18, United States Code, Section 3161(h)(7)(A), from the computation of the time within which an indictment must be filed under the provisions of Title 18, United States Code, Section 3161(b), because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial for the reasons stipulated above.

IT IS SO ORDERED.

Dated and entered this 27th day of October, 2026.

Mitchell J Katz
Digitally signed by Mitchell J Katz
Date: 2026.10.27 17:14:55 -04'00'

Hon. Mitchell J. Katz
U.S. Magistrate Judge